# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JONATHAN CONNET and )
FRANKLIN MIDDLETON, )
Individually, and on behalf of ALL )
OTHERS SIMILARLY SITUATED, )
)
    Plaintiff, )
)
v. )   Case No. CV413-048
)
CHATHAM TOWING COMPANY, )
INC., and COLONIAL GROUP, INC., )
)
    Defendants. )

## ORDER

Defendants move to stay this Fair Labor Standards Act case until the Fifth Circuit issues an opinion in a case involving a similar issue. (Doc. 8, *citing Coffin v. Blessey Marine Servs. Inc.*, No. 13-90013 (5th Cir. Feb. 8, 2013).) As the Fifth Circuit's ruling will not be dispositive on the same issue in *this* Circuit, defendants' motion is **DENIED**.

**SO ORDERED** this 17th day of June, 2013.

                                                  UNITED STATES MAGISTRATE JUDGE
                                                SOUTHERN DISTRICT OF GEORGIA