UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JONATHAN CONNETT and  )
FRANKLIN MIDDLETON,  )
Individually and on behalf of all others  )
similarly situated,  )
       )
    Plaintiffs,  )
       )
v.  )
       )    4:13-cv-48
CHATHAM TOWING CO. and  )
COLONIAL GROUP, INC.,  )
       )
    Defendants.  )

## ORDER

Before the Court is the parties' Joint Stipulation for Conditional Certification. ECF No. 33. After considering the Stipulation, the exhibits, and applicable law, the Court **ORDERS** the following:

1. Plaintiffs' Motion for Conditional Certification is **GRANTED**. The terms and purposes of the parties' stipulation shall govern the certification. The conditionally certified class consists of all former employees of Chatham Towing Company who served as tankermen between February 28, 2010 and the date of this Order.

2. This case, including discovery, is **STAYED** for forty-five (45) days from the date of this Order.

3. Plaintiffs' counsel is responsible for sending notice to potential opt-in plaintiffs as set out in the Stipulation.

Also, pursuant to Federal Rule of Civil Procedure 16(b) and this Court's Local Rules, the Court modifies the scheduling order in this case to reflect the forty-five day stay of proceedings. The following deadlines now apply:

| | |
|---|---|
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by PLAINTIFF | 12/16/13 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT by DEFENDANT | 01/15/14 |
| CLOSE OF DISCOVERY | 01/21/14 |
| LAST DAY FOR FILING CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS but EXCLUDING MOTIONS IN LIMINE [30 DAYS AFTER CLOSE OF DISCOVERY] | 02/20/14 |

The __ day of October, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA