UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JONATHAN CONNETT, <br> FRANKLIN MIDDLETON, <br> SHELDON HICE, ROGER FLORES <br> DUSTIN ELLROD, <br> MITCHELL ALLEVA, <br> DUSTIN GLISSON, <br> JOHN HUGGINS, and <br> ROBERT HOWARD., <br><br> Plaintiffs, <br> v. <br><br> CHATHAM TOWING COMPANY, INC. <br> and COLONIAL GROUP, INC., <br><br> Defendants. | CASE NO. 4:13CV-048 |

## ORDER

The Court has been advised by counsel for the parties that the above-captioned case has been settled.

Accordingly, the Court directs the Clerk to Administratively Close this action. Within thirty days of the date of this order is entered, the parties may present a stipulation of dismissal. If the parties fail to file a stipulation of dismissal, the Court will dismiss the case with prejudice.

**SO ORDERED** this 25 day of November, 2014.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia